

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00330-CR

**GERRICK OLIVER,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 19-00795-CRF-85

## MEMORANDUM OPINION

Appellant Gerrick Oliver's notice of appeal and a motion for extension of time to file the notice of appeal were filed in this Court on October 10, 2022.  The district clerk's record, filed on October 19, 2022, reflects that judgments were signed on July 22, 2022. No motion for new trial was filed.  Oliver's appeal is, therefore, untimely, and we lack jurisdiction to consider his appeal.  *See* TEX. R. APP. P. 26.2(a).

The appellate court may extend the time to file an appeal if, within fifteen days after the deadline for filing the notice of appeal, the party:  (a) files in the trial court the

notice of appeal, and (b) files in the appellate court a motion for extension of time to file a notice of appeal. *Id.* 26.3. Oliver's motion to extend the time for filing the notice of appeal was filed beyond that fifteen-day period. *See Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996).

Accordingly, this appeal is dismissed for lack of jurisdiction, and Oliver's Motion for Extension of Time to File is denied.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Opinion delivered and filed October 26, 2022
Appeal dismissed; motion denied
Do not publish
[CR25]

